UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Guangtong Bai,

               Plaintiff(s),

      v.

United States Citizenship and Immigration Services,

               Defendant(s).

Case No. ___3:26-cv-5826 TSH___

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, __Jesse M. Bless__, an active member in good standing of the bar of __Massachusetts__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiff__ in the above-entitled action. My local co-counsel in this case is __Kristina David__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __CA Bar No. 346347__.

6 Vineyard Lane, Georgetown, MA 01833
MY ADDRESS OF RECORD

(781) 704-3897
MY TELEPHONE # OF RECORD

jesse@blesslitigation.com
MY EMAIL ADDRESS OF RECORD

1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(818) 646-7350
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

kristina@strashnoylaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __MA 660713__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __7__ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:    6/15/2026

_____
Jesse M. Bless
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Jesse M. Bless    is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 1, 2026

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2