CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGTONG BAI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 3:26-cv-05826-TSH<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT; ~~[PROPOSED]~~ ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following stipulated request to extend the time for Defendant's response to the complaint and the dates in the Court's Immigration Mandamus Procedural Order. In support of this request, the parties state as follows:

1. Defendant's response to the complaint is currently due August 21, 2026.

2. The parties are meeting and conferring regarding Plaintiff's complaint and seek additional time to continue their discussions. Accordingly, they have agreed to extend the time for Defendant's response by 30 days.

3. The parties therefore stipulate to extend the time for Defendant's response to September 21, 2026. The parties further request a corresponding 30-day extension of the deadlines for filing and briefing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order.

Dkt. No. 6. Under the extended deadlines, Defendant's motion for summary judgment must be filed by November 19, 2026.

4. There have been no previous modifications of time in this case, whether by stipulation or Court order.

IT IS SO STIPULATED.

Dated: August 20, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly Friend*
Molly Friend
Assistant United States Attorney
Attorneys for Defendants

Dated: August 20, 2026

*/s/ Jesse Bless*
Jesse Bless
Attorney for Plaintiff

**The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 21, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge