CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGTONG BAI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 3:26-cv-05826-TSH<br><br>**SECOND STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER** |

Pursuant to Civil Local Rule 6-1, the Parties to the above referenced matter stipulate to extend the time by which Defendant must respond to the Complaint in the above referenced matter. Pursuant to the parties' previous stipulation, Defendant's response is currently due on September 21, 2026. Dkt. No. 12. In light of Defendant's counsel impending departure from the office and her need to transition her caseload for assignment, the parties conferred and respectfully request the Court to extend the time for Defendant's response by 30 days. Defendant will file their response by October 21, 2026.

///

Dated: September 18, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: September 18, 2026

*/s/ Jesse Bless*
Jesse Bless
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 21, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge