CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
FAX: (415) 436-6748
Kenneth.kao@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGTONG BAI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES(USCIS),<br><br>Defendant. | Case No. 3:26-cv-05826-TSH<br><br>**THIRD STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER** |

Pursuant to Civil Local Rule 6-1, the Parties to the above referenced matter stipulate to extend the time by which Defendant must respond to the Complaint in the above referenced matter. Pursuant to the parties' previous stipulation and the Court's order, Defendant's response is currently due on October 21, 2026. Dkt. Nos. 13-14. In light of Plaintiff's impending interview on November 6, 2026, the parties conferred and respectfully request the Court to extend the time for Defendant's response by 30 days. Defendant will file its response by November 20, 2026.

Dated: October 21, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

/s/ Kenneth J. Kao *
KENNETH J. KAO
Assistant United States Attorney
Attorneys for Defendant

Dated: October 21, 2026

/s/ Jesse Bless
Jesse Bless
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 22, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge